

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/8/2025

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

April 7, 2025

**BY CM/ECF AND EMAIL**
The Honorable Mary Kay Vyskocil
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    *United States v. Jose Dotel*, 93 Cr. 173 (MKV)

Dear Judge Vyskocil:

      The Government respectfully writes to request an adjournment of the deadline for its opposition to defendant Jose Dotel's petition for a writ of *coram nobis* to vacate his conviction (Dkt. 66) (the "Petition").

      On February 25, 2025, the Court ordered a briefing schedule requesting that the Government file a response by April 10, 2025, and that the defendant file a response by May 1, 2025. (Dkt. 70). On March 24, 2025, in light of the defendant's claims based on ineffective assistance of counsel, the Government filed a letter motion: (i) requesting that the Court issue an order requiring the defendant to provide informed consent as to the waiver of attorney-client privilege in this matter; (ii) directing the defendant's previous attorney to provide an affidavit regarding the issues raised in the defendant's motion; and (iii) requesting that the Court adjust the briefing schedule as reflected in the proposed order. (Dkt. 71). On March 26, 2025, the defendant's current counsel filed a response opposing the Government's letter motion. (Dkt. 72). The Government's letter motion is pending.

      Accordingly, to the extent the Court is considering the Government's letter motion and the defendant's response, the Government requests that the Court adjourn the current deadline to respond to the Petition, which is currently set for April 10, 2025. In the event the Court denies the Government's letter motion, the Government requests an additional one week (April 17, 2025) to respond to the Petition.

Respectfully submitted,

MATTHEW PODOLSKY
Acting United States Attorney

By:   /s/ *Dana R. McCann*
Dana R. McCann
Assistant United States Attorney
Southern District of New York
(212) 637-2308

**GRANTED. The deadlines previously endorsed by the Court at ECF No. 70 are ADJOURNED *sine die* while the Court considers the parties' competing letters.**

**The Clerk of Court is respectfully requested to terminate the motion pending at docket entry 75.**

**SO ORDERED.**

Date: 4/8/2025
New York, New York

/s/ Mary Kay Vyskocil
Mary Kay Vyskocil
United States District Judge

cc: Counsel for Defendant Jose Dotel (by ECF and e-mail)