USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/14/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,  -against-  JOSE DOTEL,  Defendant. | 1:93-cr-173-MKV  **SCHEDULING ORDER** |

**MARY KAY VYSKOCIL, United States District Judge:**

Before the Court is a *Coram Nobis* motion filed by counsel on behalf of Defendant Jose Dotel seeking to vacate his conviction and sentence based on alleged misstatements of law made by his former counsel. [ECF No. 66]. The Court set a briefing schedule with respect to Defendant's pending motion. [ECF No. 70]. Thereafter, the Court received competing letters from the parties with respect to the need for Defendant Dotel to waive the attorney client privilege with his former counsel prior to proceeding with the scheduled briefing. [ECF Nos. 71, 72].

Accordingly, IT IS HEREBY ORDERED that the parties shall appear for a conference on May 7, 2025 at 11:00 AM in Courtroom 18C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York.

**SO ORDERED.**

**Date:  April 14, 2025**
**New York, NY**

*[signature: Mary Kay Vyskocil]*
**MARY KAY VYSKOCIL**
**United States District Judge**